IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR,

    Plaintiff,

  v.

RENT-A-CENTER, INC. ET AL.,

    Defendants.

No. C 17-02335 WHA

**ORDER RE PENDING MOTION TO DISMISS**

On May 5, defendants Rent-A-Center, Inc., and Rent-A-Center West, Inc., filed a motion to dismiss the complaint (Dkt. No. 13). On May 19, in lieu of a response, plaintiff Paula Blair filed an amended complaint (Dkt. No. 16). By **MAY 26 AT NOON**, defendants shall please advise the Court as to whether the pending motion to dismiss should be denied as moot, or whether defendants would prefer to proceed on said motion as if it were directed to the amended complaint. If the latter, then a new briefing and hearing schedule will be set accordingly.

**IT IS SO ORDERED.**

Dated: May 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE