IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA L. BLAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENT-A-CENTER, INC., a Delaware corporation, RENT-A-CENTER WEST, INC., a Delaware corporation, and DOES 1–50, inclusive,<br><br>Defendants. | No. C 16-02335 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY ROBERT FRIEDMAN** |

The *pro hac vice* application of Attorney Robert Friedman (Dkt. No. 30) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: June 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE