IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR,

    Plaintiff,

  v.

RENT-A-CENTER, INC. *et al.*,

    Defendants.

No. C 17-02335 WHA

**ORDER GRANTING LEAVE TO RESPOND TO OBJECTION**

Defendants' motion for leave to respond to Plaintiff Paula Blair's objection is **GRANTED**. The response attached to defendants' motion is taken under submission.

**IT IS SO ORDERED.**

Dated: June 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE