JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

VICKI E. TURNER (106431)
ROBERT K. DIXON (262252)
KIRSTEN F. GALLACHER (286137)
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, California 92101
Tel: 619-236-9600
Fax: 619-236-9669

GREGORY G. ISKANDER, (200215)
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Tel: 925-932-2468
Fax: 925-946-9809

Attorneys for Defendants
RENT-A-CENTER, INC. and
RENT-A-CENTER WEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA L. BLAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-02335-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR (1) FILING OF SECOND AMENDED COMPLAINT AND (2) WITHDRAWAL OF DEFENDANTS' MOTION TO TRANSFER AND VACATUR OF HEARING**<br><br>Judge: Hon. William H. Alsup |

## STIPULATION

WHEREAS, on June 2, 2017, defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc. ("Defendants") filed a Motion to Transfer Action to the Central District of California (Dkt. No. 20) ("Motion to Transfer"), which is currently set for hearing on July 13, 2017;

WHEREAS, on July 5, 2017, counsel for plaintiff Paula Blair ("Plaintiff") has notified counsel for defendants that Plaintiff intends to seek leave to file a Second Amended Complaint, which will add as named plaintiffs in this action Andrea Robinson and Falechia Harris, both of whom reside in the Northern District of California;

WHEREAS, the parties agree that the filing of the Second Amended Complaint will substantially moot the arguments made by Defendants in the Motion to Transfer; and

WHEREAS, in view of Plaintiff's intention to file the Second Amended Complaint, Defendants have given notice that they intend to withdraw the Motion to Transfer;

NOW, THEREFORE, through their respective counsel, Plaintiff and Defendants hereby stipulate and agree as follows:

1. Plaintiff should be granted leave to file a Second Amended Complaint in the form attached hereto as Exhibit A;

2. Defendants should be permitted to withdraw the pending Motion to Transfer;

3. In view of Defendants' withdrawal of the Motion to Transfer, the hearing scheduled for July 13, 2017 should be vacated; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. In view of Defendants' withdrawal of the Motion to Transfer, the depositions of Dashon Lee and Lester Mills, currently scheduled for July 7, 2017 pursuant to the Order Re Pending Motion to Transfer (Dkt. No. 39), should be taken off calendar.

IT IS SO STIPULATED.

Dated: July 6, 2017                          DOSTART HANNINK & COVENEY LLP

/s/ James T. Hannink
JAMES T. HANNINK
Attorneys for Plaintiff

Dated: July 6, 2017                          WILSON TURNER KOSMO LLP

/s/ Vickie E. Turner
VICKIE E. TURNER
Attorneys for Defendants

## ORDER

Having reviewed and considered the foregoing Stipulation, and finding good cause,

IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file the Second Amended Complaint is GRANTED. Plaintiff shall file the Second Amended Complaint within three (3) court days of the entry of this Order.

2. Defendants' request to withdraw the pending Motion to Transfer is GRANTED.

3. The hearing on the Motion to Transfer, scheduled for July 13, 2017, is VACATED.

4. In view of Defendants' withdrawal of the Motion to Transfer, the depositions of Dashon Lee and Lester Mills shall be taken off calendar.

IT IS SO ORDERED.

Dated: July 7, 2017., 2017

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE