IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

RENT-A-CENTER, INC., a Delaware corporation, RENT-A-CENTER WEST, INC., a Delaware corporation, and DOES 1–50, inclusive,

    Defendants.

No. C 17-02335 WHA

**ORDER REGARDING CASE MANAGEMENT**

In light of the transfer motion being withdrawn, it is important to resume case management. Specifically, be advised that the undersigned judge does not allow private mediation in class actions. Mediation must instead proceed before a magistrate judge.

In accord with this order, the parties shall file a revised case management statement by **JULY 11**. A case management conference is scheduled for **AUGUST 17 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE