IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR, individually and on behalf of all others similarly situated,

　　　　Plaintiff,

　v.

RENT-A-CENTER, INC., a Delaware corporation, RENT-A-CENTER WEST, INC., a Delaware corporation, and DOES 1–50, inclusive,

　　　　Defendants.

No. C 17-02335 WHA

**ORDER DENYING CONTINUANCE**

The parties' stipulated continuance of the hearing on defendants' motion to compel is **DENIED**. The parties will please consult the undersigned judge's publicly available calendar before requesting a hearing date.

**IT IS SO ORDERED.**

Dated: July 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE