IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR, ANDREA ROBINSON, and
FALECHIA HARRIS, individually and on
behalf of all others similarly situated,

    Plaintiffs,

  v.

RENT-A-CENTER, INC., a Delaware
corporation, RENT-A-CENTER WEST, INC.,
a Delaware corporation, and DOES 1–50,
inclusive,

    Defendants.

No. C 17-02335 WHA

**ORDER RE MOTION TO COMPEL ARBITRATION**

In June, defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc. (collectively "RAC") moved to compel arbitration of the claims in this action based upon their 2015 contract with plaintiff Paula Blair. With leave of the Court, Blair subsequently amended her complaint adding plaintiffs Andrea Robinson and Falechia Harris. In the second amended complaint, plaintiffs state that their contracts with RAC are materially identical to Blair's (Dkt. No. 43 ¶ 64), which is corroborated by examination of plaintiffs' respective contracts, which they appended to the second amended complaint (*id*. Exhs. 30–32).

Because the motion to compel arbitration is based upon the language in these contracts, and not upon plaintiffs' individual circumstances, the Court intends to treat the motion to compel arbitration as directed at each plaintiff. If any party objects, it shall do so by no later than **AUGUST 30 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE