| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| | VICKIE E. TURNER (106431) |
| 2 | ROBERT K. DIXON (262252) |
| | KIRSTEN F. GALLACHER (286137) |
| 3 | 550 West C Street, Suite 1050 |
| | San Diego, California 92101 |
| 4 | Telephone: (619) 236-9600 |
| | Facsimile: (619) 236-9669 |
| 5 | E-mail: vturner@wilsonturnerkosmo.com |
| | E-mail: rdixon@wilsonturnerkosmo.com |
| 6 | E-mail: kgallacher@wilsonturnerkosmo.com |

7  Attorneys for Defendants
   RENT-A-CENTER, INC. and RENT-A-CENTER
8  WEST, INC.

9  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
10 ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
11 DOSTART HANNINK & COVENEY LLP
12 4180 La Jolla Village Drive, Suite 530
   La Jolla, California 92037-1474
13 Tel: 858-623-4200
   Fax: 858-623-4299
14 Attorneys for Plaintiffs

15 [Additional Counsel for the Parties Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA L. BLAIR, ANDREA ROBINSON, and FALECHIA A. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-02335-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND THE HEARING ON DEFENDANTS' MOTION TO PARTIALLY COMPEL ARBITRATION**<br><br>District Judge: Hon. William H. Alsup<br>Courtroom.: 8- 19th Floor<br>Complaint Filed: March 13, 2017<br>Trial Date: June 11, 2018 |

# STIPULATION

WHEREAS, the hearing on Defendants' Motion to Partially Compel Arbitration, Strike Class Action Claims, and Stay Proceedings (Dkt. No. 22) ("Motion") and a Case Management Conference is presently on calendar for September 7, 2017, at 8:00 a.m. and 11:00 a.m., respectively;

WHEREAS, the wife of Robert Friedman—a member of the Texas bar and the attorney who will argue the Motion to Compel Arbitration on behalf of Defendants—is hospitalized and had unexpected surgery yesterday. For that reason, Defendants' counsel has requested that Plaintiffs' counsel agree to continue the Motion hearing and Case Management Conference to next week; and

WHEREAS, in consideration of Mr. Friedman's personal situation, counsel for the parties' respective calendars, and in view of the Court's calendar, the parties have agreed to continue the Motion hearing as well as the Case Management Conference, as specified herein;

NOW, THEREFORE, through their respective counsel, subject to Court approval, Plaintiffs and Defendants hereby stipulate and agree that, while the Court typically hears such matters on Thursdays, the Motion Hearing and Case Management Conference should be continued to September 19, 20, or 22, 2017, at 8:00 a.m. and 11:00 a.m., respectively. Alternatively, the parties hereby stipulate and agree that the Motion hearing and Case Management Conference should be continued to September 28, 2017, at 8:00 a.m. and 11:00 a.m., respectively.

IT IS SO STIPULATED.

Dated: September 6, 2017

**WILSON TURNER KOSMO LLP**

By: /s/ Robert K. Dixon
VICKIE E. TURNER
ROBERT K. DIXON
KIRSTEN F. GALLACHER
Attorneys for Defendants
RENT-A-CENTER, INC.
and RENT-A-CENTER WEST, INC.

Dated: September 6, 2017

**DOSTART HANNINK & COVENEY LLP**

By: /s/ Zach P. Dostart
JAMES T. HANNINK
ZACH P. DOSTART
Attorneys for Plaintiff

## ORDER

Having reviewed and considered the foregoing Stipulation, and finding good cause,

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Partially Compel Arbitration, Strike Class Action Claims, and Stay Proceedings (Dkt. No. 22) and the Case Management Conference are continued to September 28 at 8:00 A.M.

IT IS SO ORDERED.

Dated: September 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Zach P. Dostart, counsel for Plaintiffs Rent-A-Center, Inc. and Rent-A-Center West, Inc.

Dated: September 6, 2017        WILSON TURNER KOSMO LLP

/s/ *Robert K. Dixon*
ROBERT K. DIXON
Attorneys for Defendants RENT-A-CENTER, INC. and RENT-A-CENTER WEST, INC.