IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BLAIR, ANDREA ROBINSON, and FALECHIA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENT-A-CENTER, INC., a Delaware corporation, RENT-A-CENTER WEST, INC., a Delaware corporation, and DOES 1–50, inclusive,<br><br>Defendants. | No. C 17-02335 WHA<br><br>**ORDER REQUIRING REPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL RECONSIDERATION** |

Defendants shall please file a response to plaintiff Paula Blair's motion for leave to file motion for partial reconsideration addressing the issues set forth therein regarding class action waiver. The response shall not exceed **TEN PAGES** and is due by **OCTOBER 19**.

**IT IS SO ORDERED.**

Dated: October 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE