IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR, ANDREA ROBINSON, and
FALECHIA HARRIS, individually and on
behalf of all others similarly situated,

    Plaintiffs,

  v.

RENT-A-CENTER, INC., a Delaware
corporation, RENT-A-CENTER WEST, INC.,
a Delaware corporation, and DOES 1–50,
inclusive,

    Defendants.

No. C 17-02335 WHA

**ORDER REGARDING CLASS CLAIMS**

On reconsideration, the Court has vacated its prior order on defendants' motion to compel arbitration, strike class action claims, and stay proceedings, and issued an amended order, removing the language striking plaintiff Paula Blair's class action claims (Dkt. No. 82). Issues regarding class action claims will be decided at the class certification hearing. The defendants shall brief this issue as part of any opposition to class certification. Plaintiffs will have an opportunity to address these claims in their reply.

**IT IS SO ORDERED.**

Dated: October 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE