UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA L. BLAIR, ANDREA ROBINSON, AND FALECHIA A. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-02335-WHA<br><br>[PROPOSED] ORDER REGARDING NUMEROSITY AND REVIEW OF RENTAL PURCHASE / ARBITRATION AGREEMENTS<br><br>Judge:   Hon. William H. Alsup |

[~~PROPOSED~~] ORDER

Pursuant to the Order Setting Hearing Re Plaintiffs' Discovery Dispute (Dkt. 97), plaintiffs Paula L. Blair, Andrea Robinson and Falechia A. Harris ("Plaintiffs") and defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc. ("RAC") (collectively, the "Parties") met and conferred concerning their discovery dispute on April 23, 2018, following which the Court conducted a hearing. As a result of the meet-and-confer and hearing, IT IS HEREBY ORDERED:

1. The Parties stipulate that Plaintiffs' currently-defined class and/or a related class of California consumers for whom RAC cannot produce a signed arbitration agreement is sufficiently numerous for purposes of Fed. R. Civ. Proc. 23(a)(1).

2. The Parties agree that by Friday, April 27, 2018, RAC will provide to Plaintiffs its list of all boxes at the Iron Mountain storage facilities. RAC will produce that list in its current form (including any information that currently appears on the list concerning the date of receipt and originating location of the boxes) and will not redact or delete any information from the list. The Parties have three (3) business days from production of the list of boxes to each select ten (10) boxes from that list. The twenty (20) boxes selected by the Parties will be shipped to the Los Angeles office of Dechert LLP. Within thirty (30) days from April 23, 2018, the Parties shall review the contents of the twenty (20) boxes selected, and Plaintiffs will have the right to make copies of any rental purchase agreements and arbitration agreements. Plaintiffs will bear the costs associated with the Iron Mountain retrieval and delivery, as well as any copying costs. This is without prejudice to either Parties' right to seek or object to additional discovery regarding the rental purchase agreements and/or arbitration agreements.

IT IS SO ORDERED.

Dated: _____April 26_____, 2018

_____
WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE