JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel:  858-623-4200
Fax: 858-623-4299

MICHAEL RUBIN (80618)
mrubin@altber.com
ERIC P. BROWN (284245)
ebrown@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415-421-7151
Fax: 415-362-8064

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA L. BLAIR, ANDREA ROBINSON, and FALECHIA A. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-02335-WHA<br><br>**DECLARATION OF ZACHARIAH P. DOSTART IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED**<br>**[AS TO EXHIBITS 8-17]**<br><br>Date:    June 28, 2018<br>Time:   8:00 a.m.<br>Ctrm.:   12<br>Judge:  Hon. William Alsup |

**TABLE OF EXHIBITS**

**Page**

Exhibit 1 – Excerpt of Assembly Bill 722 ............................................................................... 1

Exhibit 2 – Excerpt of database produced by RAC as RAC-001200.............................................. 8

Exhibit 3 – Excerpts from the deposition transcript of Bobby Pope.............................................. 9

Exhibit 4 – Excerpts from the deposition transcript of Jonathan Parks ........................................ 20

Exhibit 5 – Excerpts from the deposition transcript of Daniel Glasky .......................................... 37

Exhibit 6 – Excerpts from the deposition transcript of Michael Cross ......................................... 48

Exhibit 7 – Excerpts from the deposition transcript of Katrina Holihan ....................................... 57

Exhibit 8 – Screen shot produced by RAC as RAC-000457
[Redacted Version of Document Sought to Be Sealed] ................................................................ 74

Exhibit 9 – Screen shot produced by RAC as RAC-000460
[Redacted Version of Document Sought to Be Sealed] ................................................................ 75

Exhibit 10 – Screen shots produced by RAC as RAC-000458-459
[Redacted Version of Document Sought to Be Sealed] ................................................................ 76

Exhibit 11 – Screen shots produced by RAC as RAC-000422-423
[Redacted Version of Document Sought to Be Sealed] ................................................................ 78

Exhibit 12 – Screen shot produced by RAC as RAC-000383
[Redacted Version of Document Sought to Be Sealed] ................................................................ 80

Exhibit 13 – Screen shots produced by RAC as RAC-000386-387
[Redacted Version of Document Sought to Be Sealed] ................................................................ 81

Exhibit 14 – Screen shot produced by RAC as RAC-000425
[Redacted Version of Document Sought to Be Sealed] ................................................................ 83

Exhibit 15 – Excerpt of database produced by RAC as RAC-001254
[Redacted Version of Document Sought to Be Sealed] ................................................................ 84

Exhibit 16 – Summary of NFI CPU data produced by RAC as RAC-001252
[Redacted Version of Document Sought to Be Sealed] ................................................................ 87

Exhibit 17 – Excerpt of database produced by RAC as RAC-001253
[Redacted Version of Document Sought to Be Sealed] ................................................................ 88

I, Zachariah P. Dostart, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and am an attorney with the law firm of Dostart Hannink & Coveney LLP, counsel of record for plaintiffs Paula L. Blair, Andrea Robinson and Falechia A. Harris (collectively, "Plaintiffs").

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of Assembly Bill 722.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the database produced by Defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc. (collectively, "RAC") as RAC-001200, reflecting the transactions of Paula Blair, Andrea Robinson, Falechia Harris, and Celinda Garza.  The Parties have agreed that this information can be filed in the public record.  The address, telephone number, and email information for these individuals has been redacted.

4. Attached hereto as Exhibit 3 are true and copies of excerpts from the deposition of Bobby Pope, RAC's Division Vice President of Service, Distribution, Fleet, taken on April 25, 2018.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the deposition of Jonathan Parks, RAC's Vice President of Global Logistics & Distribution, taken on April 27.

6. Attached hereto as Exhibit 5 are true and copies of excerpts from the deposition of Daniel Glasky, RAC's Vice President of Merchandising, taken on December 13, 2017.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts from the deposition of Michael Cross, a Fed. R. Civ. Proc. 30(b)(6) witness for RAC, taken on April 26, 2018.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the deposition of Katrina Holihan, RAC's Senior Director of Accounting-Inventory, taken on April 27, 2018.

9. Attached hereto as Exhibit 8 is a true and correct copy of a screen shot produced by RAC as RAC-000457, reflecting the $23.49 transfer up-charge associated with the air

conditioning unit that was the subject of Blair's 2015 transaction.

10. Attached hereto as Exhibit 9 is a true and correct copy of a screen shot produced by RAC as RAC-000460, reflecting the original unit cost from the supplier of $331.00, associated with the Microsoft Xbox that was the subject of Blair's 2016 transaction.

11. Attached hereto as Exhibit 10 are true and correct copies of screen shots produced by RAC as RAC-000458-459 reflecting the $17.20 up-charge.

12. Attached hereto as Exhibit 11 are true and correct copies of screen shots produced by RAC as RAC-000422-423, reflecting a $23.49 up-charge associated with the televisions that were the subject of Robinson's transaction.

13. Attached hereto as Exhibit 12 is a true and correct copy of a screen shot produced by RAC as RAC-000383, reflecting the unit cost from the supplier of $189.47 for the 32" television purchased by Harris.

14. Attached hereto as Exhibit 13 are true and correct copies of screen shots produced by RAC as RAC-000386-387, reflecting the unit cost from the supplier of $505.26 for the 55" television purchased by Harris.

15. Attached hereto as Exhibit 14 is a true and correct copy of a screen shot produced by RAC as RAC-000425, reflecting the $92.48 up-charge associated with the refrigerator that was the subject of Garza's transaction.

16. Attached hereto as Exhibit 15 is a true and correct copy of a transmittal letter from RAC's counsel dated May 4, 2018, together with an excerpt of the National Product Services, LLC's ("NPS") database produced by RAC as RAC-001254, which identifies all items shipped by NPS to California during the class period, together with the corresponding up-charge/cost per unit ("CPU") amount.

17. Attached hereto as Exhibit 16 is a true and correct copy of a document produced by RAC as RAC-001252, which is a summary table of the CPU allocations prepared by Jonathan Parks.

18. Attached hereto as Exhibit 17 is a true and correct copy of a transmittal letter from RAC's counsel dated May 4, 2018, together with an excerpt of the NFI database produced by

RAC as RAC-001253, which identifies all items shipped by NFI to California during the class period, together with the corresponding up-charge/CPU amount.

19. A summary of my educational and professional background is as follows: I have been a member of the California Bar since 2008. I am a graduate of Pepperdine University School of Law, where I served as Managing Editor of the *Pepperdine Law Review*. I completed the C.P.A. exam and hold a M.B.A. After law school, I was an Associate at Lehman Brothers in New York City and then served as a prosecutor in the office of the San Diego District Attorney before joining Dostart Hannink & Coveney LLP. I focus on representing plaintiffs in class action matters and I have tried multiple certified class actions to judgment.

20. My litigation colleague at Dostart Hannink & Coveney LLP includes James T. Hannink. A summary of his educational and professional backgrounds is as follows: James T. Hannink obtained a B.A. from Calvin College in 1984 with majors in Economics and Political Science. He obtained a J.D. from the University of California, Davis, in 1987. After graduating from law school, he joined the San Diego firm of Gray, Cary, Ames & Frye (which is now DLA Piper) as an associate, and was a partner in the litigation group of that firm from 1995 to 2008. While at DLA Piper, he focused on complex litigation matters including class actions and patent and trademark litigation. Since joining Dostart Hannink & Coveney LLP in 2011, he has represented plaintiffs in class action litigation, including trial and appellate matters. Since 2011, James has focused on representing plaintiffs in class action matters.

21. I am not aware of any conflicts of interest that would prevent me or my firm from continuing to zealously pursue the claims of plaintiffs and the putative class in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on May 10, 2018 at La Jolla, California.

                                        s/Zachariah P. Dostart
                                        ZACHARIAH P. DOSTART

847401.3