JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel:  858-623-4200
Fax: 858-623-4299

MICHAEL RUBIN (80618)
mrubin@altber.com
ERIC P. BROWN (284245)
ebrown@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415-421-7151
Fax: 415-362-8064

Attorneys for Plaintiffs

CHRISTINA G. SARCHIO, District of Columbia Bar No. 456254)
(Admitted Pro Hac Vice)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

Attorneys for Defendants

[Additional Counsel for the Parties Listed on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA L. BLAIR, ANDREA ROBINSON, and FALECHIA A. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-02335-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION** |

1  VICKIE E. TURNER (106431)
   ROBERT K. DIXON (262252)
2  KIRSTEN F. GALLACHER (286137)
   WILSON TURNER KOSMO LLP
3  550 West C Street, Suite 1050
   San Diego, California 92101
4  Tel:  619-236-9600
   Fax: 619-236-9669
5
   GREGORY G. ISKANDER, (200215)
6  LITTLER MENDELSON, P.C.
   Treat Towers
7  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
8  Tel:  925-932-2468
   Fax: 925-946-9809
9
   ROBERT F. FRIEDMAN, Texas Bar No. 24007207
10 (Admitted Pro Hac Vice)
   LITTLER MENDELSON, P.C.
11 2001 Ross Avenue
   Suite 1500, Lock Box 116
12 Dallas, Texas 75201.2931
   Telephone:  214.880.8100
13 Facsimile:  214.880.0181

14 DECHERT LLP
   H. Joseph Escher III (85551)
15   h.joseph.escher@dechert.com
   Lily A. North
16   lily.north@dechert.com (106431)
   One Bush Street, Suite 1600
17 San Francisco, CA 94104
   Telephone: (415) 262-4500
18 Facsimile: (415) 262-4555

19 Attorneys for Defendants

20

21

22

23

24

25

26

27

28

ii
STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR            3:17-cv-02335-WHA
MOTION FOR CLASS CERTIFICATION

1  Through their respective counsel, plaintiffs Paula L. Blair, Andrea Robinson and Falechia Harris ("Plaintiffs") and defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc. ("Defendants") respectfully request an order modifying the briefing schedule and hearing date for Plaintiffs' motion for class certification.  As explained below, the parties request that the opposition deadline be extended to June 14, 2018; that the reply deadline be extended to July 5, 2018; and that the hearing be set for July 19, 2018.

## STIPULATION

WHEREAS, on March 16, 2018, the Court entered an Amended Case Management Order (Dkt. 92) setting May 10, 2018 as the deadline for Plaintiffs to file their motion for class certification, to be heard on a 49-day track.

WHEREAS, Plaintiffs timely filed their motion for class certification on May 10, 2018 (Dkt. 109).  The motion is calendared for hearing on June 28, 2018; Defendants' opposition is currently due on May 31, 2018 and Plaintiffs' reply is currently due on June 14, 2018.

WHEREAS, in support of the motion for class certification, Plaintiffs filed the declaration of a retained expert, David M. Breshears (Dkt. 109-20).  Defendants requested to take the deposition of Mr. Breshears before filing their opposition.  Defendants also informed Plaintiffs of their intent to submit an opposition declaration from a retained expert, and Plaintiffs will seek to take that expert's deposition before filing their reply.

WHEREAS, due to the impacted schedules of Mr. Breshears and Plaintiffs' counsel, Defendants' request for the deposition could not be accommodated, thus, Plaintiffs proposed and Defendants agreed to jointly request that the opposition deadline be extended to June 14, 2018; that the reply deadline be extended to July 5, 2018, and that the hearing date on the motion for class certification be set for July 19, 2018 (the Court is not available the prior week, July 12).  This modification will facilitate the scheduling of Mr. Breshears' deposition as well as the deposition of Defendants' expert, and will thus facilitate the parties' presentation of the issues and evidence in their respective opposition and reply briefs.

/ / /

/ / /

This proposed modification relates only to the motion for class certification, and does not affect other deadlines in the Amended Case Management Order.

IT IS SO STIPULATED.

Dated: May 22, 2018          DECHERT LLP

/s/ Christina G. Sarchio
CHRISTINA G. SARCHIO
Attorneys for Defendants

Dated: May 22, 2018          DOSTART HANNINK & COVENEY LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiffs

## ORDER

Having reviewed and considered the foregoing Stipulation, and finding good cause,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Class Certification is continued to July 19, 2018, at 8:00 a.m. Defendants shall file their opposition by June 14, 2018, and Plaintiffs shall file their reply by July 5, 2018.

IT IS SO ORDERED.

Dated: May 23, 2018

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE