JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel: 858-623-4200
Fax: 858-623-4299

MICHAEL RUBIN (80618)
mrubin@altber.com
ERIC P. BROWN (284245)
ebrown@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064

Attorneys for Plaintiffs

CHRISTINA G. SARCHIO, District of Columbia Bar No. 456254)
(Admitted Pro Hac Vice)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

Attorneys for Defendants

[Additional Counsel for the Parties Listed on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA L. BLAIR, ANDREA ROBINSON, and FALECHIA A. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-02335-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES AND HEARING DATES FOR MOTION FOR CLASS CERTIFICATION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Hon. William Alsup<br>Trial Date:  January 14, 2019 |

VICKIE E. TURNER (106431)
ROBERT K. DIXON (262252)
KIRSTEN F. GALLACHER (286137)
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, California 92101
Tel:  619-236-9600
Fax: 619-236-9669

GREGORY G. ISKANDER, (200215)
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Tel:  925-932-2468
Fax: 925-946-9809

ROBERT F. FRIEDMAN, Texas Bar No. 24007207
(Admitted Pro Hac Vice)
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201.2931
Telephone:  214.880.8100
Facsimile:  214.880.0181

DECHERT LLP
H. Joseph Escher III (85551)
  h.joseph.escher@dechert.com
Lily A. North
  lily.north@dechert.com (106431)
One Bush Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

Attorneys for Defendants

ii

STIPULATION AND [PROPOSED] ORDER                                           Case No. 3:17-cv-02335-WHA

1    Through their respective counsel, plaintiffs Paula L. Blair, Andrea Robinson and Falechia
2 Harris (collectively, "Plaintiffs") and defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc.
3 (collectively, "Defendants") request that (1) the hearing date for Defendants' Motion for Partial
4 Summary Judgment (Dkt. 118) be continued to August 23, 2018, with a consolidated briefing
5 schedule as set forth below for that motion as well as for Plaintiffs' anticipated Cross-Motion for
6 Partial Summary Judgment; (2) the deadline for Plaintiffs to file their reply in support of the Motion
7 for Class Certification be extended by one week, to July 12, 2018; and (3) the hearing on the Motion
8 for Class Certification be set for August 23, 2018, to coincide with the proposed hearing date for
9 the cross-motions for summary judgment.

## STIPULATION

WHEREAS, on June 14, 2018, Defendants filed a Motion for Partial Summary Judgment (Dkt. 118), which is currently set for hearing on July 26, 2018 (Dkt. 121).

WHEREAS, having discussed the fact that Plaintiffs intend to file a Cross-Motion for Partial Summary Judgment addressing similar and/or related legal issues, the parties believe it would be most efficient to set a single hearing date for the cross-motions of August 23, 2018, and to set a consolidated briefing schedule as set forth below.

WHEREAS, on June 14, 2018, Defendants also filed their Opposition to Plaintiffs' Motion for Class Certification, which is also currently set for hearing on July 26, 2018 (Dkt. 122).

WHEREAS, counsel have discussed the fact that Plaintiffs intend to depose the three experts whose declarations were submitted by Defendants with their Opposition to the Motion for Class Certification, and counsel have agreed to a one-week extension of the time for Plaintiffs to file their reply in support of the Motion for Class Certification, to July 12, 2018.

WHEREAS, the parties believe it would be most efficient for the Summary Judgment and Class Certification motions to be heard and decided together, Defendants have requested that the hearing on Plaintiffs' Motion for Class Certification be scheduled for August 23, 2018, to coincide with the proposed hearing date for cross-motions for partial summary judgment, described above, and Plaintiffs have no objection to that scheduling request if it is acceptable to the Court (otherwise, the parties are available for a hearing on the motion for class certification on the current date of July

1

26, 2018).

NOW, THEREFORE, the parties respectfully request that the Court establish the following schedule:

- July 12, 2018 – Deadline for Plaintiffs to file their reply in support of the Motion for Class Certification;
- July 19, 2018 – Deadline for Plaintiffs to file in a single brief of 25 pages or less their Cross-Motion for Partial Summary Judgment and opposition to Defendants' Motion for Partial Summary Judgment;
- August 2, 2018 – Deadline for Defendants to file in a single brief of 25 pages or less their opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment and their reply in support of Defendants' Motion for Partial Summary Judgment;
- August 9, 2018 – Deadline for Plaintiffs to file their reply in support of Cross-Motion for Partial Summary Judgment; and
- August 23, 2018 – Hearing on Motion for Class Certification and on Cross-Motions for Partial Summary Judgment.

IT IS SO STIPULATED.

Dated: June 19, 2018                    DOSTART HANNINK & COVENEY LLP

                                        /s/ Zach P. Dostart
                                        ZACH P. DOSTART
                                        Attorneys for Plaintiffs

Dated: June 19, 2018                    DECHERT LLP

                                        /s/ Christina G. Sarchio
                                        CHRISTINA G. SARCHIO
                                        Attorneys for Defendants

ORDER

Having reviewed and considered the foregoing Stipulation, and finding good cause,

IT IS HEREBY ORDERED that following schedule is entered:

- Plaintiffs shall file their reply in support of the Motion for Class Certification on or before July 12, 2018;
- Plaintiffs shall file in a single brief of 25 pages or less their Cross-Motion for Partial Summary Judgment and opposition to Defendants' Motion for Partial Summary Judgment on or before July 19, 2018;
- Defendants shall file in a single brief of 25 pages or less their opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment and their reply in support of Defendants' Motion for Partial Summary Judgment on or before August 2, 2018;
- Plaintiffs shall file their reply in support of Cross-Motion for Partial Summary Judgment on or before August 9, 2018;
- The hearings on Plaintiffs' Motion for Class Certification and on the Cross-Motions for Partial Summary Judgment are rescheduled to August 23, 2018, at 8:00 a.m.

IT IS SO ORDERED.

Dated: June 19, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE