1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6

7                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
PAULA BLAIR, ANDREA ROBINSON, and
9   FALECHIA HARRIS, individually and on                    No. C 17-02335 WHA
    behalf of all others similarly situated,
10
                  Plaintiffs,
11
        v.                                                  **NOTICE RE**
12                                                          **TODAY'S HEARING**
    RENT-A-CENTER, INC., a Delaware
13   corporation, RENT-A-CENTER WEST, INC.,
    a Delaware corporation, and DOES 1–50,
14   inclusive,

15                  Defendants.
                                                    /
16

17          At today's hearing, counsel for both sides should be prepared to discuss the following

18   issue.  Given that class notice has not yet gone out, if the Court grants RAC's motion for

19   summary judgment on plaintiffs' usury claim would that ruling be binding on the class?  In

20   either case, what would need to be included in the class notice with respect to plaintiffs' usury

21   claim?

22

23          **IT IS SO ORDERED.**

24

25   Dated: December 19, 2018.

26                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
27

28

United States District Court
For the Northern District of California