IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR, ANDREA ROBINSON, and
FALECHIA HARRIS, individually and on
behalf of all others similarly situated,

    Plaintiffs,

  v.

RENT-A-CENTER, INC., a Delaware
corporation, RENT-A-CENTER WEST, INC.,
a Delaware corporation, and DOES 1–50,
inclusive,

    Defendants.

No. C 17-02335 WHA

**ORDER RE CASE SCHEDULE AND CLASS NOTICE**

    The parties' stipulated request to modify the case management order is **GRANTED IN PART**. In light of RAC's pending appeal, the case management schedule is amended as follows. The cutoff for non-expert discovery is **APRIL 30, 2019**. The last day for disclosure of supplemental expert reports is **MAY 17, 2019**, and the expert discovery cutoff is **JUNE 7, 2019**.

    The remainder of the case, including the distribution of class notice, is hereby **STAYED** pending resolution of RAC's appeal. The pretrial conference and trial are accordingly **VACATED**, to be reset at a later date. The stay is imposed on the conditions that (1) the parties' settlement conference with Chief Magistrate Judge Joseph Spero proceed, and (2) RAC notify our court of appeals of the stay.

    Finally, this order clarifies that the November 1 order certified for class treatment plaintiffs' claim under Section 1770(a)(14) of the California Civil Code, and that the relevant class for this claim is defined as "[a]ll individuals who, on or after March 13, 2013, entered into a rent-to-own transaction with RAC in California" (Dkt. No. 155 at 11). Given that a later order

has since granted RAC's motion for summary judgment as to plaintiffs' usury claim, and in light of plaintiffs' representation that the members of the broader California class have no claim for monetary relief with respect to the Section 1770(a)(14) claim, this order agrees with plaintiffs that the California class (as distinct from the NPS Subclass) should proceed as an FRCP 23(b)(2) class. The remainder of the parties' disputes regarding the scope and wording of class notice will be resolved upon the lifting of the stay.

**IT IS SO ORDERED.**

Dated: February 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE