1  JAMES T. HANNINK (131747)
   jhannink@sdlaw.com
2  ZACH P. DOSTART (255071)
   zdostart@sdlaw.com
3  DOSTART HANNINK & COVENEY LLP
   4180 La Jolla Village Drive, Suite 530
4  La Jolla, CA 92037-1474
   Tel:  858-623-4200
5  Fax: 858-623-4299

6  MICHAEL RUBIN (80618)
   mrubin@altber.com
7  ERIC P. BROWN (284245)
   ebrown@altber.com
8  ANDREW KUSHNER (316035)
   akushner@altber.com
9  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
10 San Francisco, CA 94108
   Tel: 415-421-7151
11 Fax: 415-362-8064

12 Attorneys for Plaintiffs

13 CHRISTINA G. SARCHIO, District of Columbia Bar No. 456254
   (Admitted Pro Hac Vice)
14 christina.sarchio@dechert.com
   DECHERT LLP
15 1900 K Street, NW
   Washington, DC 20006
16 Tel: 202-261-3300
   Fax: 202-261-3333

17
   Attorneys for Defendants
18
   [Additional Counsel for the Parties Listed on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA L. BLAIR, ANDREA ROBINSON, and FALECHIA A. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-02335-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES**<br><br>Judge:   Hon. William Alsup<br>Crtrm.:  12 (19th Floor) |

Through their respective counsel, plaintiffs Paula L. Blair, Andrea Robinson, Falechia Harris, and Celinda Garza ("Plaintiffs") and defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc. (collectively, "RAC") request that the Court stay all discovery deadlines, including the deadlines for non-expert discovery, supplemental expert reports, and expert discovery set in the Order entered on February 25, 2019 ("February 25 Order") (Dkt. No. 186). Staying all discovery deadlines is appropriate in light of the settlement reached by the parties at the Settlement Conference held on March 28, 2019 (the "Settlement") (Dkt. No. 193).

## STIPULATION

WHEREAS, in the February 25 Order, the Court vacated the dates previously set for the pretrial conference and trial, set deadlines for the completion of discovery (April 30, 2019 is the cutoff for non-expert discovery; May 17, 2019 is the last day for disclosure of supplemental expert report; and June 7, 2019 is the expert discovery cutoff), and stayed the remainder of the case pending resolution of RAC's appeal to the Ninth Circuit, *Blair, et al. v. Rent-A-Center, Inc., et al.*, No. 19-80024 (Dkt. No. 186 at 1);

WHEREAS, on March 7, 2019 and March 28, 2019, the parties participated in full-day settlement conferences before Chief United States Magistrate Judge Joseph C. Spero;

WHEREAS, at the March 28 Settlement Conference, the parties were able to reach a resolution of the litigation and executed the Binding Settlement Memorandum of Understanding (Dkt. No. 193-1);

WHEREAS, the parties are currently working to memorialize the settlement terms in a comprehensive settlement agreement, which will be followed by a motion for preliminary approval, and pending completion of those steps, the parties seek to stay all discovery deadlines;

WHEREAS, because there is no trial date set and the remainder of the litigation (other than discovery) is stayed, a stay of the discovery deadlines would conserve resources and promote judicial economy, without any impact on the Court's calendar;

NOW, THEREFORE, the parties respectfully request that the Court stay all discovery deadlines, including the non-expert discovery cutoff, last day for disclosure of supplemental expert reports, and expert discovery cutoff.

1

1    IT IS SO STIPULATED.

2 DATED:  April 15, 2019               DOSTART HANNINK & COVENEY LLP

3

4                                       /s/ Zach P. Dostart
                                        ZACH P. DOSTART
5                                       Attorneys for Plaintiffs

6 DATED:  April 15, 2019               DECHERT LLP

7

8                                       /s/ Lily North
                                        LILY NORTH
9                                       Attorneys for Defendants

2
STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY            Case No. 3:17-cv-02335-WHA
DEADLINES

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Lily North, counsel for defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc.

Dated: April 15, 2019                   DOSTART HANNINK & COVENEY LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | H. JOSEPH ESCHER III (85551) |
|   | h.joseph.escher@dechert.com |
| 2 | LILY A. NORTH (106431) |
|   | lily.north@dechert.com |
| 3 | DECHERT LLP |
|   | One Bush Street, Suite 1600 |
| 4 | San Francisco, CA 94104 |
|   | Tel: 415-262-4500 |
| 5 | Fax: 415-262-4555 |
| 6 | GREGORY G. ISKANDER, (200215) |
|   | giskander@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
|   | Treat Towers |
| 8 | 1255 Treat Boulevard, Suite 600 |
|   | Walnut Creek, CA 94597 |
| 9 | Tel:  925-932-2468 |
|   | Fax: 925-946-9809 |
| 10 |  |
|    | ROBERT F. FRIEDMAN, Texas Bar No. 24007207 |
| 11 | (Admitted Pro Hac Vice) |
|    | rfriedman@littler.com |
| 12 | LITTLER MENDELSON, P.C. |
|    | 2001 Ross Avenue |
| 13 | Suite 1500, Lock Box 116 |
|    | Dallas, TX 75201.2931 |
| 14 | Tel:  214-880-8100 |
|    | Fax:  214-880-0181 |
| 15 |  |
|    | Attorneys for Defendants |

4

STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY DEADLINES                    Case No. 3:17-cv-02335-WHA

**ORDER**

Having reviewed and considered the foregoing Stipulation, and finding good cause,

**IT IS HEREBY ORDERED** that all discovery deadlines are stayed pending further order of this Court.

**IT IS SO ORDERED.**

Dated: _April 23_____, 2019       _____
                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE

16994766.2.LITIGATION