IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULA BLAIR, ANDREA ROBINSON, and
FALECHIA HARRIS, individually and on
behalf of all others similarly situated,

        Plaintiffs,

  v.

RENT-A-CENTER, INC., a Delaware
corporation, RENT-A-CENTER WEST, INC.,
a Delaware corporation, and DOES 1–50,
inclusive,

        Defendants.

No. C 17-02335 WHA

**STATUS REPORT ORDER**

     A February 2019 order stayed most deadlines in this case pending our court of appeals' resolution of RAC's pending appeal (Dkt. No. 186). The parties shall please file a joint status report on the progress of the appeal by **JULY 11 AT NOON**.

     **IT IS SO ORDERED.**

Dated: June 12, 2019.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE