JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, CA 92037-1474
Tel:  858-623-4200
Fax: 858-623-4299

MICHAEL RUBIN (80618)
mrubin@altber.com
ANDREW KUSHNER (316035)
akushner@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415-421-7151
Fax: 415-362-8064

Attorneys for Plaintiffs

CHRISTINA G. SARCHIO (Pro Hac Vice)
christina.sarchio@dechert.com
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Tel: 202-261-3300
Fax: 202-261-3333

Attorneys for Defendants

[Additional Counsel for the Parties Listed on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA L. BLAIR, ANDREA ROBINSON, and FALECHIA A. HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENT-A-CENTER, INC., a Delaware corporation; RENT-A-CENTER WEST, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-02335-WHA<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Hon. William Alsup<br>Crtrm.:  12 (19th Floor) |

Pursuant to the Status Report Order entered by the Court on June 12, 2019 (Dkt. No. 196), plaintiffs Paula L. Blair, Andrea Robinson, Falechia Harris, and Celinda Garza ("plaintiffs") and defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc. (collectively, "RAC") respectfully submit this Joint Status Report.

On June 28, 2019, the U.S. Court of Appeals for the Ninth Circuit issued an opinion (Dkt. No. 199) that affirmed this Court's Order Re Motion to Compel Arbitration, Strike Class Action Claims, and Stay Proceedings (Dkt. No. 62) and Amended Order Re Motion to Compel Arbitration, Strike Class Action Claims, and Stay Proceedings (Dkt. No. 82).

As noted in the parties' Stipulation and Order to Stay Discovery Deadlines (Dkt. No. 195), the parties reached a settlement and executed a Binding Memorandum of Understanding at the Settlement Conference on March 28, 2019 (Dkt. No. 193-1). Since then, the parties have been working to memorialize the settlement terms in a comprehensive settlement agreement. The parties expect to have a signed settlement agreement within 20 days, and plaintiffs thereafter will file a motion for preliminary approval. Accordingly, the parties request that the stay previously entered with respect to litigation deadlines remain in effect.

DATED: July 10, 2019    DOSTART HANNINK & COVENEY LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiffs

DATED: July 10, 2019    DECHERT LLP

/s/ Christina G. Sarchio
CHRISTINA G. SARCHIO
Attorneys for Defendants

<u>ATTESTATION</u>

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Christina G. Sarchio, counsel for defendants Rent-A-Center, Inc. and Rent-A-Center West, Inc.

Dated: July 10, 2019                    DOSTART HANNINK & COVENEY LLP


/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | NATHAN M. MCCLELLAN (No. 291435) |
|   | nathan.mcclellan@dechert.com |
| 2 | DECHERT LLP |
|   | US Bank Tower |
| 3 | 633 West 5th Street, Suite 4900 |
|   | Los Angeles, CA 90071 |
| 4 | Tel: 213-808-5700 |
|   | Fax: 213-808-5760 |
| 5 | |
|   | GREGORY G. ISKANDER, (200215) |
| 6 | giskander@littler.com |
|   | LITTLER MENDELSON, P.C. |
| 7 | Treat Towers |
|   | 1255 Treat Boulevard, Suite 600 |
| 8 | Walnut Creek, CA 94597 |
|   | Tel:  925-932-2468 |
| 9 | Fax: 925-946-9809 |
|   | |
| 10 | ROBERT F. FRIEDMAN (Pro Hac Vice) |
|   | rfriedman@littler.com |
| 11 | LITTLER MENDELSON, P.C. |
|   | 2001 Ross Avenue |
| 12 | Suite 1500, Lock Box 116 |
|   | Dallas, TX 75201.2931 |
| 13 | Tel:  214-880-8100 |
|   | Fax:  214-880-0181 |
| 14 | |
|   | Attorneys for Defendants |
| 15 | |
|   | 887680.1 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |